**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tamala Tamara HAMMOND,**
**Defendant–Appellant.**

No. 14–14280
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 2, 2015.

Karin Bethany Hoppmann, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Andrew Tysen Duva, Bonnie Ames Glober, Jacksonville, FL, for Plaintiff–Appellee.

Maurice C. Grant, II, Federal Public Defender's Office, Jacksonville, FL, Rosemary Cakmis, Meghan Ann Collins, Donna Lee Elm, Orlando, FL, for Defendant–Appellant.

Before MARCUS, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Tamala Tamara Hammond in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the judgment revoking Hammond's probation and her resulting sentence are **AFFIRMED.**